No. 74–5974.   Powell *v.* LaVallee, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 74–5976.   Grisolia, aka Derossi *v.* California. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–5980.   Finley *v.* Gunn, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 74–5981.   Konjevic et vir *v.* Florida Department of Professional and Occupational Regulation. Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 74–5983.   LaPlante *v.* Wolff, Warden.   C. A. 8th Cir.   Certiorari denied.

No. 74–5989.   Thompson *v.* Gray, Warden.   C. A. 7th Cir.   Certiorari denied.

No. 74–5995.   Stokes *v.* Robuck, Chairman, Kentucky Parole Board, et al.   C. A. 6th Cir.   Certiorari denied.

No. 74–706.   Pacelli *v.* United States; and

No. 74–738.   Mallah *v.* United States.   C. A. 2d Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari in No. 74–706.   Reported below: 503 F. 2d 971.

No. 74–749.   Art Theatre Guild, Inc., et al. *v.* Parrish et al.   C. A. 6th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 74–5499.   Carter *v.* Lee.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.